UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number: 24-19108 |
|---|---|---|
| M&M BUCKLEY MANAGEMENT, INC. | ) ) ) ) ) | Chapter: 11<br>Honorable Janet S. Baer |
| Debtor(s) | ) | |

### ORDER CONFIRMING AMENDED PLAN OF REORGANIZATION

THIS CAUSE COMING TO BE HEARD for hearing on confirmation of the Amended Plan of Reorganization (the "Plan") filed by M&M Buckley Management, Inc., Debtor and Debtor in Possession, the Debtor in Possession appearing by and through its attorneys, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED THAT:

A.   The Amended Plan of Reorganization dated July 29, 2025 (Docket No. 63) (the "Plan"), a copy of which is incorporated by reference herein, is confirmed non-consensually, pursuant to 11 U.S. C. § 1191(b), subject to the following amendment:

(1)   Article 4 – Paragraph 4.2 shall be modified as follows:

Class 2 Claims – Community – Class 2 claims consist of the claim of Community the holder of a perfected first priority mortgage lien in and against the Park Forest Property (which consists of two parcels of real estate bearing PIN # 31-35-416-040-000 and 31-35-416-041-000) arising from a Promissory Note dated December 23, 2019 (the "Community Note"), with a current balance due of $1,110,198.10, which amount includes Community's allowed administrative expenses in the amount of $57,570.25 and $55,890.04 to be advanced for the payment of the second installment of real estate taxes for year ending 2024 for the Park Forest Property.

Community's Note shall be restructured as follows: The claim amount of $1,110,198.10 shall be amortized with monthly payments of principal and interest over a thirty (30) year term with a maturity date ten (10) years after the Effective Date with interest calculated at the fixed rate of 6.125% per annum. The monthly payment of principal and interest shall be $6,817.50 ("P&I").  In addition, the Debtor shall tender an amount of $9,455.02 to be allocated for the payment of the real estate taxes (the "Real Estate Tax Escrow").  The Real Estate Tax Escrow will be subject to adjustment in the event the assessed value of the Park Forest Property increases or decreases.  Monthly payments of P&I and the Real Estate Tax Escrow shall commence on the tenth (10th) day of the month after the entry of the Confirmation Order and the 10th day of every month thereafter until maturity. There shall be a five (5) day grace period after the due date, after which Community shall be entitled to assess a late charge.

Upon entry of the Confirmation Order, Community shall cause its Foreclosure Case against the Park Forest Property to be dismissed with leave to reinstate.  After Community's Class 2 Claim has

been paid in full, Community shall cause the Mortgage and other related documents to be released and Community's Note to be canceled and surrendered as satisfied.

In the event of a post-confirmation default, no notice or motion is required to be filed in this bankruptcy case, and Community is authorized to proceed in accordance with the terms of the underlying note and mortgage as modified by this Plan and in accordance with state law.

Class 2 claimants may be prepaid without penalty or discount. The Plan does not provide for any further distributions to Class 2 claimants. Class 2 Claims are impaired under the Plan.

(2) Article 4 – Paragraph 4.3 shall be modified as follows:

General Unsecured Non-Priority Claims aggregating $372,593.43, including the unsecured claim of the SBA, shall be paid in full, in bi-annual pro rata distributions of deferred cash payments in the amount of $31,049.45, which will be disbursed on Distribution Dates as follows:

```
Year 2026 -  June 15, 2026, and December 31, 2026
Year 2027 -  June 15, 2027, and December 31, 2027
Year 2028 -  June 15, 2028, and December 31, 2028
Year 2029 -  June 15, 2029, and December 31, 2029
Year 2030 -  June 15, 2030, and December 31, 2030
Year 2031 -  June 15, 2031, and December 31, 2031
```

The bi-annual installments shall be distributed to allowed Class 3 Claims, pro rata, by the Debtor. Class 3 claimants may be prepaid without penalty or discount. Class 3 claims are impaired under the Plan.

C. Pursuant to 11 U.S.C. § 1194(b) and Paragraph 7.5 of the Plan, Melvin T. Buckley, Jr. will be the disbursing agent for all payments required under the Plan.

D. This matter is continued for post-confirmation status of the confirmed Amended Plan of Reorganization on February 4, 2026, at 10:00 a.m.

Enter:

*/s/ Janet S. Baer*

United States Bankruptcy Judge

Dated: December 31, 2025

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558